## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**ROBERT CHAPMAN**                                                            **PETITIONER**

**v.**                                                        **No. 3:20CV200-GHD-JMV**

**JIM HOOD, ET AL.**                                                          **RESPONDENTS**

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On July 7, 2020, the court entered an order requiring the petitioner to either pay the filing fee in this case or move to proceed as a pauper within 30 days. The court cautioned the petitioner that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the petitioner has failed to comply with the court's order, and the deadline for compliance passed on August , 2020. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

SO ORDERED, this, the 3rd day of September, 2020.

_____
SENIOR JUDGE