**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ROBERT CHAPMAN**                                                                          **PETITIONER**

**v.**                                                                         **No. 3:20CV200-GHD-JMV**

**JIM HOOD, ET AL.**                                                                        **RESPONDENTS**

**ORDER REINSTATING CASE**

This matter comes before the court on the motion [7] by Robert Chapman to reinstate his case,

which the court dismissed [4] for failure to provide prison account information necessary to rule on his

motion to proceed as a pauper.   Mr. Chapman has since provided the necessary information.   As

such, the instant motion [7] to reinstate case is **GRANTED**.   The Clerk of the Court is **DIRECTED**

to reopen this case and place it on the court's active docket.   In addition, the Clerk of the Court is

**DIRECTED** to place of copy of the petitioner's motion to proceed *in forma pauperis* (which is

attached to the motion to reinstate case) on the docket as a pending motion so that the court may rule

on it.

        **SO ORDERED**, this, the __12th__ day of August, 2021.

                                                            _____
                                                            SENIOR UNITED STATES DISTRICT JUDGE