IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ROBERT CHAPMAN**                                                                   **PETITIONER**

v.                                                                                   No. 3:20CV200-GHD-JMV

**JIM HOOD, ET AL.**                                                                 **RESPONDENTS**

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On September 9, 2021, the court entered an order requiring the petitioner to either pay the filing fee in this case or submit current inmate account information. The court cautioned the petitioner that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the petitioner has failed to comply with the court's order, and the deadline for compliance passed on September 30, 2021. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 6th day of October, 2021.

_____
SENIOR UNITED STATES DISTRICT JUDGE